# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-1813

———————————————

United States of America

*Plaintiff - Appellee*

v.

Shannon J. Straub

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: November 7, 2016
Filed: December 13, 2016
[Unpublished]

——————————

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

——————————

PER CURIAM.

After pleading guilty to 3 counts of transporting individuals through interstate commerce for prostitution, Shannon Straub appeals the district court's[1] within-

———————————————

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

Guidelines-range sentence. His counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

We find no abuse of discretion in the district court's sentence, as the court considered the 18 U.S.C. § 3553(a) factors and did not give significant weight to an improper or irrelevant factor or commit a clear error of judgment in weighing the factors, <u>see</u> <u>United States v. Miller</u>, 557 F.3d 910, 917 (8th Cir. 2009); and because within-Guidelines sentences are generally presumed reasonable, <u>see</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014). We have also independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues.

Accordingly, we affirm and grant counsel's motion to withdraw.

_____